UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHER ELIMELECH,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, US BANK DS WEST, EXPERIAN INFORMATION SOLUTIONS, INC. and DOES 1 through 10 inclusive,<br><br>Defendants. | CASE NO.: 2:19-cv-00931-SVW-JEM<br><br>**ORDER OF DISMISSAL, as to DEFENDANT BANK OF AMERICA, only**<br><br>JS-6 |

Pursuant to the Stipulation of Dismissal filed by the parties on July 9, 2019, IT IS HEREBY ORDERED that Plaintiff's causes of action against Defendant BANK OF AMERICA, only, are dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

Defendant BANK OF AMERICA being the last remaining defendant, the Court vacates all previously set dates.

**IT IS SO ORDERED.**

Dated: July 9, 2019

_____
U.S. District Judge Stephen V. Wilson

- 1 -

Order of Dismissal